CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO LUIS GONZALEZ-SANCHEZ,<br><br>Defendant. | NO. 5:26-mj-70967<br><br>STIPULATION TO EXCLUDE TIME FROM AUGUST 14, 2026, THROUGH AUGUST 27, 2026, FROM CALCULATIONS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5.1 AND THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Hugo Luis Gonzalez-Sanchez, that the time from August 14, 2026, through August 27, 2026 be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act.

At the hearing held on August 14, 2026, the government and counsel for the defendant agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 for the time within which to hold a preliminary hearing and under the Speedy Trial Act for the time within which to file an indictment or information and to commence trial, so that defense can could continue to prepare, including by reviewing the discovery produced this afternoon. The parties are also discussing a potential fast-track resolution. For these reasons and as further stated on the record at the status conference, the parties stipulate and agree that good cause exists, taking into account the public interest in the prompt

disposition of criminal cases, to exclude the time from August 14, 2026, through August 27, 2026, from the time within which to hold a preliminary hearing, and from the time within which to file an indictment or information and to commence trial to allow for the effective preparation of counsel. *See* Fed. R. Crim. P. 5.1(d), 18 U.S.C. § 3161(b), (c), (h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 14, 2026, through August 27, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 14, 2026

/s/
SARAH E. GRISWOLD
Assistant United States Attorney

DATED: August 14, 2026

/s/
DEJAN GANTAR
Counsel for Defendant Hugo Luis Gonzalez-Sanchez

# [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on August 14, 2026, and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, to exclude the time from August 14, 2026, through August 27, 2026, from the time within which to hold a preliminary hearing, and from the time within which to file an indictment or information and to commence trial to allow for the effective preparation of counsel. *See* Fed. R. Crim. P. 5.1(d), 18 U.S.C. § 3161(b), (c), (h)(7)(B)(iv). The Court further finds that failing to exclude the time from August 14, 2026, through August 27, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 14, 2026, through August 27, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 14, 2026, through August 27, 2026, shall be excluded from computations under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act. Fed. R. Crim. P. 5.1(d), 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 18, 2026

Virginia K. DeMarchi
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge